IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| vs. | ) | |
| | ) | |
| SAMSUNG GROUP, SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | ) | FILED: JULY 1, 2008 |
| INC., HIGH TECH COMPUTER | ) | 08CV3760 |
| CORPORATION and HIGH TECH | ) | JUDGE DER-YEGHIAYAN |
| AMERICA, INC. | | MAGISTRATE JUDGE ASHMAN |
| Defendants. | | TG |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff SP Technologies, LLC ("SPT") complains of defendants, Samsung Group, Samsung Telecommunications America, Samsung Electronics America, Inc. (collectively "Samsung"), High Tech Computer Corporation and High Tech Computer America, Inc. (collectively "HTC") as follows:

## NATURE OF ACTION

1.     This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, including 35 U.S.C. §§ 271 and 281. This Court has exclusive jurisdiction over the subject matter of this case under 28 U.S.C. § 1338(a).

## PLAINTIFF SP TECHNOLOGIES AND THE PATENT IN SUIT

2.     SP Technologies, LLC ("SPT") is a Delaware limited liability corporation having offices at 950 North Michigan Avenue, #2406, Chicago, Illinois 60611 and 300 Beach Drive NE #802, St. Petersburg, Florida 33701. SPT owns all right, title and interest in and has standing to sue for infringement of United States Patent No.

6,784,873 B1 ("the '873 patent"), entitled "Method and Medium for Computer Readable Keyboard Display Incapable of User Termination" issued August 31, 2004.

## DEFENDANTS

## SAMSUNG

3.     Samsung Group is a Korean corporation with offices located at 250, 2-ga, Taepyung-ro, Jung-gu, Seoul, South Korea.

4.     Defendant Samsung Electronics America, Inc. is a New York corporation having offices at 105 Challenger Road, Ridgefield Park, New Jersey 07660.

5.     Defendant Samsung Telecommunications America is a Delaware corporation having offices at 1301 Lookout Drive, Richardson, Texas  75082.

6.     Defendant Samsung  transacts substantial business in this judicial district and have committed acts of patent infringement complained of in the Complaint in this judicial district, at least by selling and offering to sell at least its Samsung Instinct™ ("Instinct") (Exhibit A) over the Internet and through Sprint's retail stores located in this district for example, at Sprint, 180 North LaSalle Street, Suite 103, Chicago, Illinois (Exhibit B), and further by inducing residents located in this district to infringe the '873 patent by purchasing accused Samsung Instinct from Sprint stores located in this district.

## HIGH TECH COMPUTER

7.     Defendant High Tech Computer Corporation ("HTC") is a Taiwanese company having offices at 23 Xinghua Road, Taoyuan 330, Taiwan.

8.     Defendant High Tech Computer America, Inc. ("HTC") is a Texas company having offices at 13920 SE Eastgate Way, Suite 400, Bellevue, WA  98005.

9.      Defendant HTC transacts substantial business in this district and has committed acts of patent infringement complained of in the Complaint in this judicial district, at least by offering to sell its HTC Touch™ (Exhibit C, HTC Billboard Splash at Ogilvie Train Station located at Chicago, Illinois) over the Internet, and through Sprint retail stores in this district (Exhibit D, HTC Touch photos) such as the Sprint store located at 19 South LaSalle, Chicago, Illinois (Exhibit E, HTC receipt) by inducing residents located in this district to infringe the '873 patent by purchasing and using the accused HTC Touch™.

10.     Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

### SAMSUNG'S ACTS OF PATENT INFRINGEMENT

11.     Plaintiff reasserts paragraphs 1- 10 of the above allegations herein

12.     Samsung has infringed, and is now infringing, at least claims 1, 4, 9 and 10 of the '873 patent through, among other activities, the use, sale, offer for sale of its Samsung Instinct™ and by knowingly and actively inducing others to infringe and by contributing to the infringement by others, located in this judicial district.

13.     Samsung's infringement, contributory infringement and inducement to infringe has injured and will contribute to injure SPT unless and until this Court enters an injunction prohibiting further infringement and enjoining further sale, offer for sale or inducement of Samsung products that fall within the scope of the '873 patent.  SPT is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

14.    Samsung's infringement and inducement to infringe has been willful and deliberate and has injured and will continue to injure SPT, unless and until this Court enters an injunction prohibiting further infringement of the '873 patent.

## HTC'S ACTS OF PATENT INFRINGEMENT

15.    Plaintiff reasserts paragraphs 1- 10 of the above allegations herein.

16.    HTC has infringed, and is now infringing, at least claims 1, 4, 9 and 10 of the '873 patent through, among other activities, the use, sale, offer for sale of its HTC Touch and by knowingly and actively inducing others to infringe and by contributing to the infringement by others, located in this judicial district.

17.    HTC's infringement, contributory infringement and inducement to infringe has injured and will contribute to injure SPT unless and until this Court enters an injunction prohibiting further infringement and enjoining further sale, offer for sale or inducement HTC products that fall within the scope of the '873 patent.  SPT is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

18.    HTC's infringement and inducement to infringe has been willful and deliberate and has injured and will continue to injure SPT, unless and until this Court enters an injunction prohibiting further infringement of the '873 patent.

WHEREFORE, plaintiff SP Technologies LLC respectfully requests this Court enter judgment against defendants Samsung Group, Samsung Telecommunications America, Samsung Electronics America, Inc., High Tech Computer Corporation and High Tech Computer America, Inc. against its subsidiaries, successors, parents,

affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with it, granting the following relief:

    A.      The entry of judgment in favor of SPT and against each defendant;

    B.      An award of damages adequate to compensate SPT for the infringement that has occurred (together with prejudgment interest from the date the infringement began), but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284;

    C.      An award to SPT  of all remedies available under 35 U.S.C. § 284;

    D.      An award to SPT of all remedies available under 35 U.S.C. § 285;

    E.      A permanent injunction prohibiting further infringement and inducement of the '873 patent; and,

    F.      Such other relief that SPT is entitled to under law and any other relief that this Court or a jury may deem just and proper.

## Jury Demand

SPT demands a trial by jury on all issues presented in this Complaint.

Respectfully submitted,

/s/Sally Wiggins

Raymond P. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Attorneys for Plaintiff SP Technologies, LLC

# Exhibit A







# Exhibit B

# Sprint

213
180 N. LaSalle Street; Ste. 103
Chicago, Illinois

11481320-6301030623
Register:    4
Date:                                  6/25/2008 13:00:52
Served By:  RUBY B.
Customer:  ▇▇▇▇▇▇▇▇▇        OTC Sale
Customer No.:   457940662

## Original

*6301030623*

SPHM800ZKS SAMSUNG M800 HANDSET KIT
Serial No.    A10000010B36C5
1    Each        $229.99            $229.99
Sold by: RUBY B.
.Samsung Instinct M800 2YR $150 $150.00 - Regular
Price $449.99
SAMSUNG M800 INSTINCT $70CR $70.00 - Regular
Price $299.99

SubTotal:            $229.99

Cook County Chicago IL    1.7500%            $4.02
Chicago IL    1.2500%            $2.87
IL    6.2500%            $14.37
**Amount Due:**        $251.25
Ensemble - BTA 457940662:        $251.25

**Services:**
ESN/MEID :  A10000010B36C5
Product Name :  SAM M800 HANDSET KIT
MDN:▇▇▇▇▇▇▇
Status:   Activated
Service Effective Date :    06/25/2008
Username:
Sprint Talk/Message/Data Share Plan\\Line 1: $129.99 Mi
Unlimited Nights&amp;Weekends-7pm
Sprint Total Equipment Protection
Data/Msg/Amer Roam/Sprint Nav
VoiceMail Included
Sales Rep:  RUBY BOTELLO

**Other Services:**

| Customer Maintenance: | Edit Services: services changed Service Effective Date : Not Available |
|---|---|
| Customer Maintenance: | Edit Services: services changed Service Effective Date : Not Available |
| Customer Maintenance: | Edit Services: services changed Service Effective Date : Not Available |

# Exhibit C



# Exhibit D



# Exhibit E

# Invoice



**Direct Cellular Inc.**

**19 S. Lasalle**

19 South Lasalle

Chicago  IL  USA  60601

(312)781-1984

**Invoice #: CHICAIN3884**

Tendered On:   03-Jun-2008 03:54 PM

Sales Person:   Amanda Ratekin

Tendered By:   Safia Faseehuddin

**Bill To:** 

IL  USA

PO #:

| Product SKU | Description | Tracking # | Qty | List Price | Disc % | Total Disc | Your Total |
|---|---|---|---|---|---|---|---|
| CASPAF000174 | HTC TOUCH SPRINT HANDSET KIT | 05410473492 | 1 | $499.99 | 0.00 | $0.00 | $499.99 |
| CASPNS000040 | CDMA ESN Swap | | 1 | $0.00 | 0.00 | $0.00 | $0.00 |
| CASPRB000022 | CDMA ESN Swap (comm) | | 1 | $0.00 | 0.00 | $0.00 | $0.00 |
| ACFENS000001 | ESN SWAP SERVICE FEE | | 1 | $20.00 | 0.00 | $0.00 | $20.00 |

**Payment:**

| | |
|---|---|
| Visa | $571.24 |
| Change: | $0.00 |

| | |
|---|---|
| Subtotal: | $519.99 |
| Chicago: | $51.25 |
| **Total:** | **$571.24** |

**Comments:**

30 DAY RETURN/EXCHANGE POLICY
- We can only accept returns and exchanges within 30 days of the orginal purchase date.
- Cash and check purchases over $100 will be refunded in the form of a check within 10 business days.
- All returns and exchanges must be in the original condition and include all package contents.
- A $25 restocking fee may apply.