IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG GROUP, SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HIGH TECH COMPUTER CORPORATION and HIGH TECH COMPUTER AMERICA, INC.,<br>    Defendants. | Civil Action No.<br><br>JURY TRIAL DEMANDED<br><br>FILED: JULY 1, 2008<br>08CV3760<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE ASHMAN<br>TG |

**LR 3.2 Notification of Affiliates – Disclosure Statement**

   Pursuant to Local Rule 3.2, plaintiff, SP Technologies, LLC ("SPT"), states that it has no parent corporations and that no publicly held company owns 10% or more of SPT's stock.

                SP TECHNOLOGIES, LLC


                /s/ Sally J. Wiggins
                Raymond P. Niro
                Sally J. Wiggins
                NIRO, SCAVONE, HALLER & NIRO
                181 W. Madison St., Ste. 4600
                Chicago, IL 60602
                Ph: (312) 236-0733
                Fax: (312) 236-3137

                Attorneys for Plaintiffs,
                SP TECHNOLOGIES, LLC