IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>SAMSUNG GROUP, SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HIGH TECH COMPUTER CORPORATION and HIGH TECH COMPUTER AMERICA, INC.<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>JURY TRIAL DEMANDED<br><br>FILED: JULY 1, 2008<br>08CV3760<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE ASHMAN<br>TG |

## LR 3.4 Notice of Claims Involving Patents

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.4, plaintiff, SP Technologies, LLC ("SPT"), hereby notify the Clerk that this action involves claims of infringement of United States Patent No. 6,784,873 ("the '873 patent"), entitled "Method and Medium for Computer Readable Keyboard Display Incapable of User Termination," issued August 31, 2004.  The addresses of the parties are as follows:

| *Plaintiffs* | *Defendants* |
|---|---|
| SP Technologies LLC<br>950 North Michigan Ave - #2406<br>Chicago, Illinois 60611 | Samsung Group<br>250, 2-ga, Taepyung-ro, Jung-gu,<br>Seoul, South Korea |
| SP Technologies LLC<br>300 Beach Drive NE - #802<br>St. Petersburg, Florida 33701 | Samsung Electronics America, Inc.<br>105 Challenger Road<br>Ridgefield Park, New Jersey 07660 |
| | Samsung Telecommunications America<br>1301 Lookout Drive<br>Richardson, Texas  75082 |
| | High Tech Computer Corporation<br>23 Xinghua Road<br>Taoyuan 330, Taiwan |
| | High Tech Computer America, Inc.<br>13920 SE Eastgate Way, Suite 400<br>Bellevue, WA  98005 |

SP TECHNOLOGIES, LLC


/s/ Sally J. Wiggins
Raymond P. Niro
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiff,
SP TECHNOLOGIES, LLC