UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br>HIGH TECH COMPUTER CORPORATION,<br>PIONEER CORPORATION, AND HIGH<br>TECH AMERICA, INC.<br><br>    Defendants. | Case No.: 1:08 CV 3760<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Ashman |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Wednesday, August 13, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, one of the attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Telecommunications America and Samsung Electronics America, Inc. shall appear before the Honorable Samuel Der Yeghiayan in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn St. Room 1903, Chicago Illinois, and then and there present DEFENDANTS SAMSUNG ELECTRONICS CO., LTD, SAMSUNG TELECOMMUNICATIONS AMERICA,. AND SAMSUNG ELECTRONICS AMERICA, INC.'S UNOPPOSED MOTION FOR THE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND.

Dated: August 6, 2008

/s/  William E. Devitt

William E. Devitt
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2000

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO., LTD.
SAMSUNG TELECOMMUNICATIONS AMERICA
SAMSUNG ELECTRONICS AMERICA, INC.

**CERTIFICATE OF SERVICE**

      I, William E. Devitt, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals on this 6th day of August 2008:

> Raymond P. Niro
> Sally Wiggins
> **Niro, Scavone, Haller & Niro**
> 181 W. Madison Street
> Suite 4500
> Chicago, IL  60602
> 312-236-0733
> 312-621-900 (fax)

      /s/  William E. Devitt___
      William E. Devitt