UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG TELECOMMUNICATIONS <br> AMERICA, SAMSUNG ELECTRONICS <br> AMERICA, INC., <br> HIGH TECH COMPUTER CORPORATION, <br> PIONEER CORPORATION, AND HIGH <br> TECH AMERICA, INC. <br><br> Defendants. | Case No.: 1:08 CV 3760 <br><br> Judge Der-Yeghiayan <br> Magistrate Judge Ashman |

**DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC.'S AND
SAMSUNG TELECOMMUNICATIONS AMERICA
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendants Samsung Telecommunications America and Samsung Electronics America, Inc.," hereby discloses that each is a wholly-owned subsidiary of Samsung Electronics Co., Ltd.

Dated:  August 6, 2008

      /s/  William E. Devitt
      _____
      William E. Devitt
      KIRKLAND & ELLIS LLP
      200 East Randolph Drive
      Chicago, Illinois 60601-6636
      (312) 861-2000

      *Attorneys for Defendants*
      SAMSUNG ELECTRONICS CO., LTD.
      SAMSUNG TELECOMMUNICATIONS AMERICA
      SAMSUNG ELECTRONICS AMERICA, INC.

**CERTIFICATE OF SERVICE**

      I, William E. Devitt, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals on this 6th day of August 2008:

      Raymond P. Niro
      Sally Wiggins
      **Niro, Scavone, Haller & Niro**
      181 W. Madison Street
      Suite 4500
      Chicago, IL  60602
      312-236-0733
      312-621-900 (fax)

      /s/  William E. Devitt
      William E. Devitt