# Affidavit of Process Server

**SP Technologies, LLC** vs **Samsung Group et al**   **08CV3760**
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE #

I, **Sharlene J. Barns**, duly sworn, on my oath, I state that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Samsung Telecommunications America**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons + Complaint for Patent Infringement**

by serving (NAME) **Lynda M. Mane, Legal Secretary**

at ☐ Home _____
☒ Business **1301 Lookout Drive Richardson, Texas 75082**
☒ on (DATE) **7/22/2008** at (TIME) **8:30 A.M.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Lynda M. Mane, Legal Secretary**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
- ☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
- ☒ Female   ☐ Black Skin   ☒ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
- ☐ Yellow Skin   ☐ Blond Hair   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
- ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
- ☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **Glasses**

State of **Texas**   County of **Dallas**

SERVED BY
LASALLE PROCESS SERVERS
Sharlene J. Barns
Texas Supreme Court
ID# SCH000000180

Subscribed and sworn to before me, a notary public, this **23** day of **July**, 20**08**

NOTARY PUBLIC

Maria Cummins
My Commission Expires
03/21/2010

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

SP TECHNOLOGIES, LLC

　　　　　　Plaintiff,

v.

SAMSUNG GROUP, SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HIGH TECH COMPUTER CORPORATION and HIGH TECH COMPUTER AMERICA, INC.

　　　　　　Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV3760

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: Samsung Telecommunications America
1301 Lookout Drive
Richardson, Texas 75082

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro
Sally Wiggins
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street – Suite 4600
Chicago, IL 60602
(312) 236-0733

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(signature)
(DEPUTY CLERK)

DATE

July 1, 2008
Date

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  *Date*                           *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.