**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| SP TECHNOLOGIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., )<br>SAMSUNG TELECOMMUNICATIONS )<br>AMERICA, SAMSUNG ELECTRONICS )<br>AMERICA, INC., HIGH TECH COMPUTER )<br>CORPORATION, AND HIGH TECH )<br>AMERICA, INC. )<br>)<br>Defendants. )<br>) | Case No.: 1:08 CV 3760<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Ashman |

**CORRECTED DEFENDANTS SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG TELECOMMUNICATIONS AMERICA,
AND SAMSUNG ELECTRONICS AMERICA, INC. UNOPPOSED MOTION FOR
THE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendants Samsung Electronic Co., Ltd. ("Samsung (Korea)"), Samsung Telecommunications America ("Samsung Telecom") and Samsung Electronics America, Inc. ("Samsung (America)") (collectively "Samsung"), hereby move this Court to enter the following stipulation between Samsung and Plaintiff SP Technologies, LLC ("SP Technologies"), allowing each Samsung entity to extend its time to answer, move, or otherwise respond to SP Technologies' complaint to October 20, 2008.

Samsung Telecom and Samsung (America) was served the complaint on July 22, 2008. Thus, the current deadline for Samsung Telecom and Samsung (America) to answer, move, or otherwise respond is August 11, 2008. Pursuant to Fed. R. Civ. P. 4, Samsung (Korea) has agreed to waive service of the complaint. Accordingly, SP Technologies and Samsung hereby

stipulate, without waiving any defenses or matters that may be presented pursuant to Fed. R. Civ. P. 12(b) or any other rule or law, that the time to answer, move, or otherwise respond for each Samsung entity is hereby extended until and including October 20, 2008.

Dated:  August 8, 2008

/s/  William E. Devitt

William E. Devitt
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2000

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO., LTD.
SAMSUNG TELECOMMUNICATIONS AMERICA
SAMSUNG ELECTRONICS AMERICA, INC.

**CERTIFICATE OF SERVICE**

      I, William E. Devitt, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals on this 8th day of August 2008:

      Raymond P. Niro
      Sally Wiggins
      **Niro, Scavone, Haller & Niro**
      181 W. Madison Street
      Suite 4500
      Chicago, IL  60602
      312-236-0733
      312-621-900 (fax)

      /s/  William E. Devitt____
      William E. Devitt