UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:08 CV 3760 |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HIGH TECH COMPUTER CORPORATION, AND HIGH TECH AMERICA, INC. | ) Judge Der-Yeghiayan<br>) Magistrate Judge Ashman |
| Defendants. | ) |

**CORRECTED DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC.'S AND
SAMSUNG TELECOMMUNICATIONS AMERICA
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendants Samsung Telecommunications America and Samsung Electronics America, Inc.," hereby discloses that each is a wholly-owned subsidiary of Samsung Electronics Co., Ltd.

Dated: August 8, 2008

/s/ William E. Devitt

William E. Devitt
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2000

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO., LTD.
SAMSUNG TELECOMMUNICATIONS AMERICA
SAMSUNG ELECTRONICS AMERICA, INC.

**CERTIFICATE OF SERVICE**

      I, William E. Devitt, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals on this 8th day of August 2008:

      Raymond P. Niro
      Sally Wiggins
      **Niro, Scavone, Haller & Niro**
      181 W. Madison Street
      Suite 4500
      Chicago, IL  60602
      312-236-0733
      312-621-900 (fax)

      /s/  William E. Devitt
      William E. Devitt