UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HIGH TECH COMPUTER CORPORATION, AND HIGH TECH AMERICA, INC.,<br><br>Defendants. | Case No.: 1:08 CV 3760<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Ashman |

**DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendants HTC Corporation and HTC America, Inc. (collectively "HTC")[1] respectfully move, by agreement of Plaintiff SP Technologies, LLC ("SP Technologies"), for entry of an order allowing each HTC entity until October 20, 2008, to answer, move, or otherwise respond to SP Technologies' First Amended Complaint. In support of this motion, HTC states as follows:

1. HTC America, Inc. was served with SP Technologies' Complaint on or about July 25, 2008.

2. On or about August 11, 2008, HTC America received SP Technologies' First Amended Complaint.

3. On August 14, 2008, HTC Corporation, a Taiwanese corporation, agreed to waive service of the summons and complaint in this matter, pursuant to Fed. R. Civ. P. 4(d).

4. To avoid any uncertainty as to the due date for HTC's response to the First Amended Complaint, SP Technologies and HTC have agreed, without HTC waiving any defenses

---

[1] Plaintiff's First Amended Complaint, filed July 31, 2008, identifies the HTC defendants as "High Tech Computer Corporation" and "High Tech Computer America, Inc." However, the correct names for these defendants are "HTC Corporation" and "HTC America, Inc.," respectively. Plaintiff will be seeking leave to correct the name discrepancy.

-2-

or matters that may be presented pursuant to Fed. R. Civ. P. 12(b) or any other rule or law, that the time to answer, move, or otherwise respond to the First Amended Complaint for each HTC entity is hereby extended until and including October 20, 2008. This is the same date which the Court recently entered for the Samsung defendants.

WHEREFORE, HTC respectfully requests to be allowed until October 20, 2008 to answer or otherwise respond to the First Amended Complaint.

Dated: August 14, 2008

>Respectfully submitted,
>
>HTC CORPORATION
>HTC AMERICA, INC.
>
>By: ___/s/ Eric D. Brandfonbrener___
>　　　One of their attorneys

Michael O. Warnecke
Eric. D. Brandfonbrener
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
(312) 324-8400

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August 2008, a copy of the above and foregoing document was served on counsel for plaintiffs via the Court's ECF system.

/s/ Eric D. Brandfonbrener