UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HIGH TECH COMPUTER CORPORATION, AND HIGH TECH AMERICA, INC.,<br><br>Defendants. | Case No.: 1:08 CV 3760<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Ashman |

### NOTICE OF AGREED MOTION

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that on Wednesday, August 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, in Room 1903 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, when this case is already set to be before the Court, and present **DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND,** copy of which is hereby served upon you.

August 14, 2008

                                        Respectfully submitted by,

                                        HTC CORPORATION
                                        HTC AMERICA, INC.


                                        By:   /s/ Eric D. Brandfonbrener
                                              One of their attorneys

Michael O. Warnecke
Eric. D. Brandfonbrener
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
(312) 324-8400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August 2008, a copy of the above and foregoing document was served on counsel for plaintiffs via the Court's ECF system.

                                                                   /s/ Eric D. Brandfonbrener