UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HIGH TECH COMPUTER CORPORATION, AND HIGH TECH AMERICA, INC.,<br><br>Defendants. | Case No.: 1:08 CV 3760<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Ashman |

**DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant HTC America, Inc. hereby discloses that it is a wholly-owned subsidiary of defendant HTC Corporation. Defendant HTC Corporation has no "publicly held affiliates" as defined in Local Rule 3.2.[1]

August 14, 2008

                                      Respectfully submitted by,

                                      HTC CORPORATION
                                      HTC AMERICA, INC.

                                      By:   /s/ Eric D. Brandfonbrener
                                                 One of their attorneys

Michael O. Warnecke
Eric. D. Brandfonbrener
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
(312) 324-8400

---

[1] Plaintiff's First Amended Complaint, filed July 31, 2008, identifies defendants as "High Tech Computer Corporation" and "High Tech Computer America, Inc." The correct names for these defendants are "HTC Corporation" and "HTC America, Inc.," respectively.

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August 2008, a copy of the above and foregoing document was served on counsel for plaintiffs via the Court's ECF system.

/s/ Eric D. Brandfonbrener