# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

SP Technologies, LLC

                Plaintiff,

v.   Case No.: 1:08−cv−03760

Honorable Samuel Der−Yeghiayan

Samsung Telecommunications America, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants High Tech Computer Corporation and High Tech Computer America, Inc's agreed motion for extension of time to answer or otherwise plead [25] is granted to and including 10/20/08. Status hearing set for 10/22/08 to stand. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.