IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:08cv03760 |
| vs. | ) |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) Honorable Judge Der-Yeghiayan |
| SAMSUNG TELECOMMUNICATIONS | ) Mag. Judge Ashman |
| AMERICA, SAMSUNG ELECTRONICS | ) |
| AMERICA, INC., HIGH TECH COMPUTER | ) JURY TRIAL DEMANDED |
| CORPORATION and HIGH TECH | ) |
| AMERICA, INC. | |
| Defendants. | |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE that on Thursday, September 4, 2008, at 9:00 a.m., the undersigned will appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, in the courtroom usually occupied by him at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present PLAINTIFF SP TECHNOLOGIES, LLC'S AGREED MOTION TO SUBSTITUTE DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC. FOR DEFENDANTS HIGH TECH COMPUTER CORPORATION AND HIGH TECH AMERICA, INC., which was filed today in accordance with the Court's CM/ECF system.

Respectfully submitted,

/s/Sally Wiggins

Raymond P. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Attorneys for Plaintiff SP Technologies, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, a true and correct copy of the foregoing **NOTICE OF AGREED MOTION** was filed electronically today with the Court's Electronic Filing System. Notice of this filing will be sent to all parties registered with the Court's electronic filing system. A courtesy copy of the motion filed today was delivered to the Courtroom Deputy, Room 1906, at 219 South Dearborn Street, Chicago, Illinois 60604.

| <u>Via ECF:</u> | <u>Via ECF:</u> |
|---|---|
| Michael O. Warnecke<br>Eric D. Brandfonbrener<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603<br>(312) 324-8400<br><br>*Attorneys for Defendants:*<br>*HIGH TECH COMPUTER*<br>*CORPORATION and*<br>*HIGH TECH AMERICA, INC.* | William E. Devitt<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>(312) 861-2000<br><br>*Attorneys for Defendants:*<br>*SAMSUNG ELECTRONICS CO., LTD.,*<br>*SAMSUNG TELECOMMUNICATIONS*<br>*AMERICA, and SAMSUNG*<br>*ELECTRONICS AMERICA, INC.* |

                                            /s/Sally Wiggins