IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:08cv03760 |
| vs. | ) |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) Honorable Judge Der-Yeghiayan |
| SAMSUNG TELECOMMUNICATIONS | ) Mag. Judge Ashman |
| AMERICA, SAMSUNG ELECTRONICS | ) |
| AMERICA, INC., HIGH TECH COMPUTER | ) JURY TRIAL DEMANDED |
| CORPORATION and HIGH TECH | ) |
| AMERICA, INC. | |
| Defendants. | |

**PLAINTIFF SP TECHNOLOGIES, LLC'S AGREED MOTION TO SUBSTITUTE DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC. FOR DEFENDANTS HIGH TECH COMPUTER CORPORATION AND HIGH TECH AMERICA, INC.**

Plaintiff SP Technologies, LLC ("SPT") respectfully moves, by agreement of Defendants High Tech Computer Corporation and High Tech America, Inc., to substitute the correct names for these defendants: HTC Corporation and HTC America, Inc., respectively, pursuant to Federal Rule of Civil Procedure 15.

Under Rule 15(c), "amendment with relation back is generally permitted in order to correct a misnomer of a defendant where the proper defendant is already before the court and the effect is merely to correct the name under which he is sued." Wood v. Worachek, 618 F.2d 1225, 1229 (7th Cir. 1980). SPT further seeks leave to file an amended complaint to correct the misnomer. Under Rule 15, leave to amend a pleading shall be freely given "when justice so requires." Fed. R. Civ. Proc. 15(a)(2).

1

WHEREFORE SPT respectfully requests entry of an order in accordance with the prayer of this motion.

    Respectfully submitted,

    /s/Sally Wiggins

    Raymond P. Niro
    Sally Wiggins
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison Street, Suite 4600
    Chicago, Illinois  60602
    Telephone:  (312) 236-0733
    Facsimile:  (312) 236-3137

    Attorneys for Plaintiff SP Technologies, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, a true and correct copy of the foregoing **PLAINTIFF SP TECHNOLOGIES, LLC'S AGREED MOTION TO SUBSTITUTE DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC. FOR DEFENDANTS HIGH TECH COMPUTER CORPORATION AND HIGH TECH AMERICA, INC.** was filed electronically today with the Court's Electronic Filing System. Notice of this filing will be sent to all parties registered with the Court's electronic filing system. A courtesy copy of the motion filed today was delivered to the Courtroom Deputy, Room 1906, at 219 South Dearborn Street, Chicago, Illinois 60604.

| <u>Via ECF:</u> | <u>Via ECF:</u> |
|---|---|
| Michael O. Warnecke<br>Eric D. Brandfonbrener<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603<br>(312) 324-8400<br><br>*Attorneys for Defendants:*<br>*HIGH TECH COMPUTER*<br>*CORPORATION and*<br>*HIGH TECH AMERICA, INC.* | William E. Devitt<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>(312) 861-2000<br><br>*Attorneys for Defendants:*<br>*SAMSUNG ELECTRONICS CO., LTD.,*<br>*SAMSUNG TELECOMMUNICATIONS*<br>*AMERICA, and SAMSUNG*<br>*ELECTRONICS AMERICA, INC.* |

　　　　　　　　　　　　　　　　　　　　　　　　/s/Sally Wiggins_____

3