# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3760 | **DATE** | 9/3/2008 |
| **CASE TITLE** | SP Tech vs. Samsung, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff SP Technologies, LLC's agreed motion to substitute party [31] is granted. Defendants HTC Corporation and HTC America, Inc. are hereby substituted for Defendants High Tech Computer Corporation and High Tech America, Inc. All dates previously set are to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|