## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-3760 |
|---|---|

SP TECHNOLOGIES, LLC
v.
SAMSUNG ELECTRONICS CO., LTD., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants HTC Corporation  and HTC America, Inc. [incorrectly identified in the Complaint as High Tech Computer Corporation and High Tech Computer America, Inc., respectively]

| | |
|---|---|
| NAME (Type or print)<br>Michael O. Warnecke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael O. Warnecke | |
| FIRM<br>Perkins Coie LLP | |
| STREET ADDRESS<br>131 South Dearborn Street, Suite 1700 | |
| CITY/STATE/ZIP<br>Chicago, IL  60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02942291 | TELEPHONE  NUMBER<br>312.324.8400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐