# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3760 | **DATE** | 3/27/2009 |
| **CASE TITLE** | SP Technologies, LLC vs. Samsung Group, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for entry of stipulated order of dismissal with prejudice under Fed.R.Civ.P, 41(a)(2) [57] is granted. Defendants Samsung Electronics., Ltd., Samsung Telecommunications America, and Samsung Electronics America, Inc. are hereby dismissed as named Defendants with prejudice, with each party to bear its own costs and fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|