IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., HTC CORPORATION and HTC AMERICA, INC. <br><br> Defendants. | Civil Action No. 1:08 cv 03760 <br><br> Honorable Samuel Der-Yeghiayan |

**STIPULATED ORDER DISMISSING WITH PREJUDICE ALL CLAIMS BROUGHT BY PLAINTIFF SP TECHNOLOGIES, LLC AGAINST DEFENDANTS SAMSUNG ELECTRONICS., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, AND SAMSUNG ELECTRONICS AMERICA, INC.**

Plaintiff SP Technologies, LLC ("SPT") and Defendants Samsung Electronics., Ltd., Samsung Telecommunications America, and Samsung Electronics America, Inc. (collectively, "Samsung") hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(2), that all claims brought by SPT against Samsung are hereby dismissed with prejudice. SPT and Samsung are each to bear their own respective costs and attorneys' fees.

ENTERED:

Date: March 27, 2009

_Samuel Der-Yeghiayan_
United States District Court Judge

STIPULATED AND AGREED TO:

/s/ Sally Wiggins
Raymond P. Niro  (rniro@nshn.com)
Sally Wiggins (wiggins@nshn.com)
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602

*Attorneys for Plaintiff*
*SP Technologies, LLC*

/s/ William E. Devitt
William E. Devitt  -wdevitt@kirkland.com
Meredith Zinanni– mzinanni@kirkland.com
James B. Medek - jmedek@kirkland.com
Kirkland & Ellis LLP
200 East Randolph
Chicago, Illinois  60601
(312) 861-2000
*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd., Samsung*
*Telecommunications America and*
*Samsung Electronics America, Inc.*