**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br>  Plaintiff,<br><br>vs.<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.<br>  Defendants. | Civil Action No. 1:08 cv 03760<br>Honorable Samuel Der-Yeghiayan |

**AMENDED STIPULATION OF DISMISSAL AND CONSENT JUDGMENT ORDER**

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff SP Technologies, LLC ("SPT"), and Defendants HTC Corporation and HTC America, Inc. ("HTC"), have agreed to a final resolution of the claims between them in this action:

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, the following Amended Consent Judgment Order is hereby entered to clarify the original Consent Judgment Order entered on July 15, 2009. Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This action is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

2. The Court has jurisdiction over the parties and the subject matter of this action.

1

3. The Court retains jurisdiction to enter this Amended Consent Judgment Order pursuant to the Consent Judgment Order entered on July 15, 2009.

4. SPT owns and has standing to sue for the infringement of United States Patent No. 6,784,873 B1, entitled "Method and Medium for Computer Readable Keyboard Display Incapable of User Termination" issued August 31, 2004 (the "'873 Patent").

5. On July 1, 2008, SPT filed a Complaint in this action accusing HTC of infringing certain claims of the '873 Patent and filed a Corrected First Amended Complaint on July 31, 2008.

6. On April 8, 2009, HTC filed its Amended Answer and Counterclaims denying infringement and asserting affirmative defenses and counterclaims that each and every claim of the '873 Patent was invalid and/or unenforceable.

7. HTC and SPT have entered into a Confidential Settlement Agreement (executed and effective on July 13, 2009) ("Agreement") that pertains to this action.

8. The parties represent that the HTC Touch™ product, including colorable variations thereof, stood accused of infringement in this action.

9. HTC challenged the validity and enforceability of each and every claim of the '873 Patent. HTC no longer challenges the validity and enforceability of the '873 Patent, and therefore, HTC's defenses and counterclaims of invalidity and unenforceability of each and every claim of the '873 Patent are dismissed with prejudice.

10. This Order represents a final decision and an adjudication on the merits of all claims, counterclaims and defenses that were or could have been made in this action between SPT and HTC with respect to (a) the '873 Patent, and each and every claim

therein, and (b) the accused HTC Touch™ product, including colorable variations thereof. All such claims are hereby dismissed with prejudice.

      11. The Court further orders and decrees that the original Consent Judgment Order of July 15, 2009 and this Amended Consent Judgment Order are intended and shall constitute, for purposes of 35 U.S.C. § 317(b), a final decision entered against a party (*i.e.*, HTC) in a civil action arising in whole or in part under section 1338 of title 28, that the party (*i.e.*, HTC) has not sustained its burden of proving the invalidity of any patent claim in suit, with all claims (1-10) of the '873 patent having been in suit.

      12. Each party shall bear its own costs and attorneys' fees.

      13. This Court shall retain jurisdiction for purposes of enforcing the Agreement or this Amended Consent Judgment.

SUBMITTED BY:

| | |
|---|---|
| /s/ Sally J. Wiggins | /s/ Derek S. Holland |
| Raymond P. Niro | Steven R. Smith, #3128231 |
| Sally Wiggins | Kara E. F. Cenar, #6198864 |
| Brian E. Haan | Derek S. Holland, #6285564 |
| NIRO, SCAVONE, HALLER & NIRO | BRYAN CAVE LLP |
| 181 West Madison, Suite 4600 | 161 North Clark Street, Suite 4300 |
| Chicago, Illinois 60602 | Chicago, Illinois 60601 |
| (312) 236-0733 (tel) | (312) 602-5000 (tel) |
| (312) 236-3137 (fax) | (312) 602-5050 (fax) |
| ***Attorneys for Plaintiff*** ***SP Technologies, LLC*** | Mark R. Weinstein Kyle D. Chen COOLEY GOODWARD KRONISH LLP 3000 El Camino Real 5 Palo Alto Square – 4th Floor Palo Alto, CA 94306 (650) 843-5000 (tel) (650) 857-0663 (fax) ***Attorneys for Defendants HTC Corporation and HTC America, Inc.*** |

**SO ORDERED:**

Dated: December 8, 2009

_____
Hon. Judge Samuel Der-Yeghiayan